*E-FILED*
**October 13, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE WOOD,<br><br>    Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION LONG TERM DISABILITY INCOME PLAN, et al.,<br><br>    Defendants.<br>_____/ | No.  C 05-00556 JF  (RS)<br><br>**ORDER RESCHEDULING SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Good cause appearing,

IT IS HEREBY ORDERED that the settlement conference scheduled for **October 25, 2005** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **December 13, 2005 at 9:30 a.m**.

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case.  Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference.  All other provisions of this Court's Order dated August 31, 2005 shall remain in effect.

1  The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles prior
2  to the date set for settlement conference.

4  Dated:   October 13, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Charles Perkins, Esq.
Email: cbperk@earthlink.net

Rebecca Crosby, Esq.
Email: crosbyr@wemed.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: October 13, 2005

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By: /s/ *BAK*