1  CHARLES B. PERKINS (SBN 126942)
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, CA  95030
3  Telephone:  (408) 399-4566

               **E-filed 10/21/05**

4  Attorneys for Plaintiff,
   ROSE WOOD
5

6  ADRIENNE C. PUBLICOVER (SBN 161432)
   REBECCA LABAT CROSBY (SBN 221241)
7  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
8  650 California Street, 14th Floor
   San Francisco, California 94108-2718
9  Telephone:     (415) 433-0990
   Facsimile:      (415) 434-1370
10

   Attorneys for Defendants,
11 THE PRUDENTIAL INSURANCE COMPANY
   OF AMERICA AND XEROX CORPORATION
12 LONG-TERM DISABILITY INCOME PLAN

13

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

   ROSE WOOD,                          )   Case No.: C05-00556 JF
17                                     )
            Plaintiff,                 )
18                                     )   **STIPULATION TO CONTINUE CASE**
       v.                              )   **MANAGEMENT CONFERENCE AND**
19                                     )   **ORDER**
   XEROX CORPORATION LONG-TERM         )
20 DISABILITY INCOME PLAN and THE      )   Date:  October 28, 2005
   PRUDENTIAL INSURANCE COMPANY OF     )   Time:  10:00 a.m.
21 AMERICA,                            )   Judge: Hon. Jeremy Fogel
                                       )
22          Defendants.                )
                                       )
23 _____

24       The parties in the above-entitled action hereby stipulate as follows:

25       1.    The Court scheduled a case management conference for October 28, 2005 at

26 10:00 a.m.

27       2.    The parties have agreed to submit this matter to an early settlement

28 conference with Magistrate Judge Seeborg.

                                        1
   ─────────────────────────────────────────────────────────────────
        STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
   179067.1

1         3.     Magistrate Judge Seeborg's office recently contacted the parties and advised that the October 25, 2005 early settlement conference would be rescheduled due to the judge's calendar. The new date for the early settlement conference is December 13, 2005.

4         4.     Because the early settlement conference will not occur by October 28, 2005 the parties agree that the case management conference should be continued to December 16, 2005 or such other date as soon thereafter that the Court may deem appropriate.

THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO that the Case Management Conference scheduled for October 28, 2005 at 10:00 a.m. should be continued to a date after the parties are able to complete the early settlement conference.

Dated: October 14, 2005

                 FLYNN, ROSE & PERKINS

                 By:       /s/ Charles B. Perkins
                        CHARLES B. PERKINS, ESQ.
                        Attorney for Plaintiff

Dated: October 14, 2005

                 WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                 By:     /s/    Rebecca Labat Crosby
                        ADRIENNE C. PUBLICOVER
                        REBECCA LABAT CROSBY
                        Attorneys for Defendants

1 **ORDER**

2   Having reviewed the parties' foregoing stipulation and FOR GOOD CAUSE SHOWING,

3 IT IS HEREBY ORDERED AS FOLLOWS:  The case management conference scheduled for

4 October 28, 2005 shall be continued to  12/16  , 200 5 , at  10:30 AM  .

6 Dated:  10/21/05

7   /s/electronic signature authorized

8   Hon. Jeremy Fogel
    UNITED STATES DISTRICT JUDGE

3
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
179067.1