**E-filed 6/21/06**

CHARLES B. PERKINS  #126942
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566

Attorneys for Plaintiff
ROSE WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE WOOD,<br><br>         Plaintiff,<br><br>vs.<br><br>XEROX CORPORATION LONG-TERM DISABILITY INCOME PLAN and THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA,<br><br>         Defendants. | Case No. C05 00556 JF RS<br><br>STIPULATION TO CONTINUE MOTION HEARING DATE AND FURTHER CASE MANAGEMENT CONFERENCE, and (Proposed) ORDER<br><br>Current Date:   July 28, 2006<br>New Date:         August 25, 2006 |

    IT IS HEREBY STIPULATED by and between Plaintiff ROSE WOOD and Defendants THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and XEROX CORPORATION LONG-TERM DISABILITY INCOME PLAN, by and through their respective counsel of record, that the date for hearing the parties' Cross Motions for Judgment and Further Case Management Conference, currently scheduled for July 28, 2006, be continued to August 25, 2006, with the filing dates for motion papers being similarly continued, making the initial filing date July 21, 2006.

    Pursuant to local rules, this document is being electronically filed through the court ECF system.  In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2)  Defendant's counsel has signed the document, and (3) the signed document is available for inspection on request.

| | |
|---|---|
| 1 | IT IS SO STIPLATED. |

DATE: June 20, 2006                    FLYNN, ROSE & PERKINS


By  /s/ Charles B. Perkins
    CHARLES B. PERKINS
    Attorney for Plaintiff
    ROSE WOOD


DATE: June 20, 2006                    WILSON, ELSER, MOSKOWITZ,
                                                    EDELMAN & DICKER LLP


By /s/ Rebecca Crosby
    REBECCA CROSBY
    Attorney for Defendant
    THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA and
    XEROX CORPORATION LONG-
    TERM DISABILITY INCOME PLAN

## ORDER

IT IS HEREBY ORDERED that the Motion hearing date and Further Case Management date in this matter, currently scheduled for July 28, 2006, be continued to August 25, 2006, and that the dates for filing motion papers be reset based on the new hearing date.

IT IS SO ORDERED

DATE: June 21, 2006

                                            HONORABLE JEREMY FOGEL, JUDGE
                                            OF THE U.S. DISTRICT COURT