CHARLES B. PERKINS  #126942　　　　　　　　　**E-filed 9/22/06**
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566

Attorneys for Plaintiff
ROSE WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE WOOD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>XEROX CORPORATION LONG-TERM DISABILITY INCOME PLAN and THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendants. | Case No. C05 00556 JF RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE MOTION FOR ATTORNEY'S FEES AND OTHER RELIEF<br><br>Judge: Hon. Jeremy Fogel |

　　　WHEREAS, on September 11, 2006, the court filed its Order Granting Plaintiff's Motion for Summary Judgment and directing Plaintiff to file a Noticed Motion setting forth the amounts due to Plaintiff, including pre-judgment interest and attorney's fees;

　　　WHEREAS, Plaintiff's Motion for Attorney's Fees would be due by September 25, 2006 pursuant to Civil Local Rule 54-6;

　　　WHEREAS, on September 19, 2006 counsel for Plaintiff faxed a meet and confer letter to counsel for Defendant, setting forth Plaintiff's calculation of the amounts due as benefits, interest, attorney's fees and costs;

WHEREAS, counsel for Defendant has agreed to complete the meet and confer process by September 29, 2006.

THEREFORE, the parties, by their attorneys of record, hereby stipulate that Plaintiff's Noticed Motion setting forth the amounts due to Wood, including benefits, pre-judgment interest, and attorney's fees, will be timely if filed by October 6, 2006.  Defendant's opposition brief shall be due on October 20, 2006, and Plaintiff's reply shall be due on October 27, 2006.  The parties further stipulate that Plaintiff's claim for costs will made as part of the noticed motion.

IT IS SO STIPULATED:

DATE: September 20, 2006                    FLYNN, ROSE & PERKINS

                                                       By   /s/ Charles B. Perkins
                                                        CHARLES B. PERKINS
                                                         Attorneys for Plaintiff

Dated: _____

                                                         DENNIS RHODES
                                                         Attorney for Defendant
                                                         XEROX CORPORATION

## ORDER

Having considered the Stipulation of the parties, it is hereby ordered that Plaintiff's Noticed Motion to establish the amounts due to Plaintiff, including benefits, pre-judgment interest, attorney's fees and costs shall be timely if made by October 6, 2006.  Defendant's opposition shall be due on October 20, 2006, and Plaintiff's reply shall be due on October 27, 2006.

IT IS SO ORDERED:

Dated:    9/22/06                                      _____
                                                         JEREMY FOGEL
                                                         JUDGE OF THE DISTRICT COURT