**E-filed 10/6/06**

CHARLES B. PERKINS #126942
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566

Attorneys for Plaintiff
ROSE WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE WOOD,<br><br>           Plaintiff,<br><br>vs.<br><br>XEROX CORPORATION LONG-TERM DISABILITY INCOME PLAN and THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA,<br><br>           Defendants. | Case No. C05 00556 JF RS<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE MOTION FOR ATTORNEY'S FEES AND OTHER RELIEF<br><br>Judge: Hon. Jeremy Fogel |

      WHEREAS, on September 11, 2006, the court filed its Order Granting Plaintiff's Motion for Summary Judgment and directing Plaintiff to file a Noticed Motion setting forth the amounts due to Plaintiff, including pre-judgment interest and attorney's fees;

      WHEREAS, on September 19, 2006 counsel for Plaintiff faxed a meet and confer letter to counsel for Defendant, setting forth Plaintiff's calculation of the amounts due as benefits, interest, attorney's fees and costs;

      WHEREAS, on September 22, 2006, pursuant to the parties' stipulation, the Court ordered that Plaintiff's noticed motion to establish the amounts due to Plaintiff, including benefits,

prejudgment interest, attorney's fee and costs would be timely if made by October 6, 2006;

WHEREAS, on October 4, 2006, counsel for Plaintiff and Defendant reached a tentative agreement to settle this case, subject to finalization of Release language;

THEREFORE, the parties, by their attorneys of record, hereby stipulate that Plaintiff's time to file a noticed motion setting forth the amounts due to Plaintiff WOOD, including benefits, prejudgment interest, and attorney's fees, will be timely if filed by November 3, 2006.

IT IS SO STIPULATED:

DATE: October 5, 2006                    FLYNN, ROSE & PERKINS

By: /s/ Charles B. Perkins
CHARLES B. PERKINS
Attorneys for Plaintiff

Dated: _____                   Attached
DENNIS RHODES
Attorney for Defendant
XEROX CORPORATION

ORDER

Having considered the Stipulation of the parties, it is hereby ordered that Plaintiff's Noticed Motion to establish the amounts due to Plaintiff, including benefits, pre-judgment interest, attorney's fees and costs shall be timely if made by November 10, 2006.

IT IS SO ORDERED:

Dated: 10/6/06                           /s/ Jeremy Fogel
JEREMY FOGEL
JUDGE OF THE DISTRICT COURT

prejudgment interest, attorney's fee and costs would be timely if made by October 6, 2006;

WHEREAS, on October 4, 2006, counsel for Plaintiff and Defendant reached a tentative agreement to settle this case, subject to finalization of Release language;

THEREFORE, the parties, by their attorneys of record, hereby stipulate that Plaintiff's time to file a noticed motion setting forth the amounts due to Plaintiff WOOD, including benefits, prejudgment interest, and attorney's fees, will be timely if filed by November 3, 2006.

IT IS SO STIPULATED:

DATE: October 5, 2006

FLYNN, ROSE & PERKINS

By_____
CHARLES B. PERKINS
Attorneys for Plaintiff

Dated: 10/5/2006

SBN 208847
_____
DENNIS RHODES
Attorney for Defendant
XEROX CORPORATION

ORDER

Having considered the Stipulation of the parties, it is hereby ordered that Plaintiff's Noticed Motion to establish the amounts due to Plaintiff, including benefits, pre-judgment interest, attorney's fees and costs shall be timely if made by November 10, 2006.

IT IS SO ORDERED:

Dated: _____

_____
JEREMY FOGEL
JUDGE OF THE DISTRICT COURT

Page 2
STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE MOTION FOR ATTORNEY'S FEES AND OTHER RELIEF
CASE NO. C05 00556 JF RS

TOTAL P.02