CHARLES B. PERKINS, ESQ. (SBN 126942)
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566

Attorneys for Plaintiff Rose Wood

ADRIENNE C. PUBLICOVER, ESQ. (SBN 161432)
DENNIS J. RHODES, ESQ. (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
The Prudential Insurance Company of America and
Xerox Corporation Long-Term Disability Income Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE WOOD,<br><br>    Plaintiff,<br><br>v.<br><br>XEROX CORPORATION LONG-TERM DISABILITY INCOME PLAN and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendants. | Case No.: C05-00556 JF<br><br>**STIPULATION AND [PROPOSED] ORDER RE BENEFITS, PREJUDGMENT INTEREST, ATTORNEY'S FEES AND COSTS TO BE AWARDED PLAINTIFF ROSE WOOD**<br><br>Courtroom:   3<br>Judge:        Honorable Jeremy Fogel |

**IT IS HEREBY STIPULATED** by and between plaintiff ROSE WOOD ("Plaintiff") and defendants THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("PRUDENTIAL") and XEROX CORPORATION LONG-TERM DISABILITY INCOME PLAN (collectively hereinafter referred to as "the Parties"), through their respective counsel of record, as follows:

1. Following the issuance of the Court's Order Granting Plaintiff's Motion for Summary Judgment, entered on September 11, 2006, the Parties met and conferred pursuant to the Order to determine whether they could reach agreement on the back benefits, interest rate,

attorney's fees and costs which plaintiff was to recover. Having met and conferred on these issues, the Parties reached a full and complete settlement as to the amount that Plaintiff will be awarded for back benefits, prejudgment interest, attorney's fees and costs in this action.

2.  The Parties agree that defendant PRUDENTIAL will pay Plaintiff past long term disability benefits due through September 30, 2006, in the amount of $164,225.97, prejudgment interest in the amount of $19,056.40, attorney's fees in the amount of $60,000.00 and costs (taxable and non-taxable) in the amount of $323.00.

3.  Within 14 days of the receipt of this Stipulation executed by Plaintiff's attorney, Prudential's attorneys will send Plaintiff's attorney three (3) checks in the sum of $164,225.97 as payment of the total back benefits due through September 30, 2006, and separate checks for payment of prejudgment interest, attorney's fees and costs.

4.  The parties further agree that Plaintiff's is reinstated as a beneficiary under the Long-Term Disability Income Plan, and specifically the Post-29 Month Plan ("the Plan"), with benefits accruing starting on October 1, 2006, and that the initial payment of benefits due under the Plan will be made by November 20, 2006.

5.  If Prudential fails to make the payments as called for in paragraph 3, above, or to reinstate Plaintiff's benefits as called for in paragraph 4, above, the parties agree that Plaintiff may file a motion or otherwise make a request in this action to recover back and future benefits, pre-judgment interest, attorney's fees and/or costs from Defendants in this action, and that such motion or request will be deemed timely made.

6.  In consideration of the payments called for in Paragraph 3, above, and the reinstatement of Plaintiff's benefits, as set forth in Paragraph 4, above, Plaintiff agrees that she need not file any motion or make any request in this action which seeks the recovery of back and future benefits, prejudgment interest, attorney's fees and/or costs from Defendants in this action. If after the payments called for in Paragraph 3 have been made, Plaintiff has been reinstated into the Plan, and Judgment in this action has been entered, and there is then a dispute between the parties over benefits due under the Plan subsequent to September 30, 2006, nothing in this

Stipulation and Order shall impair Plaintiff's rights to seek recovery of said benefits, plus interest, attorney's fees, costs and/or any other remedies available in said dispute.

7. Other than an award in connection with Defendant's failure to make the payments called for in this Stipulation and Order, and/or to reinstate Plaintiff into the Plan, the Court shall make no award for back and future benefits, prejudgment interest, attorney's fees and costs to Plaintiff in this action because the Parties have informally resolved these issues. The Court shall enter judgment in accordance with the terms of its September 11, 2006, Order and this Stipulation.

**IT IS SO STIPULATED.**

DATED: October 27, 2006

FLYNN, ROSE & PERKINS

By: /s/ Charles B. Perkins
CHARLES B. PERKINS
Attorneys for Plaintiff Rose Wood

DATED: _____, 2006

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:_____
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES
Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and XEROX CORPORATION LONG-TERM DISABILITY INCOME PLAN

**IT IS SO ORDERED.**

DATED: __10/31/06__, 2006

/s/ Jeremy Fogel
JEREMY FOGEL
United States District Court Judge

---

3
STIPULATION AND ORDER RE BENEFITS, ATTORNEY'S FEES AND COSTS
USDC NDCA Case #C05-00556 JF
246378.4

Stipulation and Order shall impair Plaintiff's rights to seek recovery of said benefits, plus interest, attorney's fees, costs and/or any other remedies available in said dispute.

7.  Other than an award in connection with Defendant's failure to make the payments called for in this Stipulation and Order, and/or to reinstate Plaintiff into the Plan, the Court shall make no award for back and future benefits, prejudgment interest, attorney's fees and costs to Plaintiff in this action because the Parties have informally resolved these issues.  The Court shall enter judgment in accordance with the terms of its September 11, 2006, Order and this Stipulation.

**IT IS SO STIPULATED.**

DATED: _____, 2006                FLYNN, ROSE & PERKINS

                                          By: _____
                                              CHARLES B. PERKINS
                                              Attorneys for Plaintiff Rose Wood

DATED: *October 30*, 2006                 WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP

                                          By: /s/ *signature*
                                              ADRIENNE C. PUBLICOVER
                                              DENNIS J. RHODES
                                              Attorneys for Defendants
                                              THE PRUDENTIAL INSURANCE
                                              COMPANY OF AMERICA and XEROX
                                              CORPORATION LONG-TERM DISABILITY
                                              INCOME PLAN

**IT IS SO ORDERED.**

DATED: _____, 2006                _____
                                              JEREMY FOGEL
                                              United States District Court Judge

---

3
**STIPULATION AND ORDER RE BENEFITS, ATTORNEY'S FEES AND COSTS**
USDC NDCA Case #C05-00556 JF
246378.4

# CERTIFICATE OF SERVICE

I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER RE BENEFITS, PREJUDGMENT INTEREST, ATTORNEY'S FEES AND COSTS TO BE AWARDED PLAINTIFF ROSE WOOD**

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

  XX   : **By First Class Mail** – I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

  _____ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

  _____ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

  _____ : **By Facsimile** – (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Charles B. Perkins
Flynn Rose & Perkins
59 University Avenue, Suite H
Los Gatos, CA 95030

*Attorney for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct to the best of my knowledge.

EXECUTED **October 30, 2006**, at San Francisco, California.

_____
Nancy Li

1
**CERTIFICATE OF SERVICE**

167086.1